UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN BARAJAS-MARES,<br><br>Petitioner,<br><br>v.<br><br>NATHALIE ASHER, et al.,<br><br>Respondents. | NO. C14-1067-JLR-JPD<br><br>REPORT AND RECOMMENDATION |

Petitioner Ruben Barajas-Mares, a native and citizen of Mexico, was previously detained by U.S. Immigration and Customs Enforcement at the Northwest Detention Center under a reinstated order of removal. *See* Dkt. 1. Through counsel, petitioner filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2241, seeking a bond hearing or release from detention. *Id.*

On September 30, 2014, petitioner was removed from the United States. Dkt. 9. On October 9, 2014, the parties filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). *Id.* The parties stipulate that petitioner wishes to withdraw his habeas petition and dismiss all claims against all respondents with prejudice. *Id.* The parties further stipulate that each shall bear their own costs and fees. *Id.*

REPORT AND RECOMMENDATION - 1

1  Based on the parties' stipulation, the Court recommends entering an Order (1) granting
2  the parties' joint stipulation, Dkt. 9, and (2) voluntarily dismissing this matter with prejudice and
3  without costs or fees to either party.   A proposed Order accompanies this Report and
4  Recommendation.

5  The Clerk should note the matter for October 10, 2014, as ready for the Honorable James
6  L. Robart's consideration.

7  DATED this 10th day of October, 2014.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2